No. 87–624. CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE *v.* SECRETARY OF TRANSPORTATION OF PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari. ▮▮▮▮▮